No. 964. ALBERT EICKEL, BANKRUPT, *v.* A. ROBINSON, TRUSTEE OF THE ESTATE OF ALBERT EICKEL, BANKRUPT. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thomas W. Gregory* for petitioner. *Mr. George E. Shelley* for respondent.

---

No. 1005. J. L. LANCASTER ET AL., RECEIVERS, ETC. *v.* BEN E. FITCH. June 4, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Texas denied. *Mr. F. H. Prendergast* for petitioners. *Mr. Walter C. Clephane* and *Mr. J. Wilmer Latimer* for respondent.

---

No. 1033. LILLEY BUILDING & LOAN COMPANY *v.* NEWTON M. MILLER, AS COLLECTOR, ETC. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John F. Wilson, Mr. Province M. Pogue* and *Mr. Oscar W. Newman* for petitioner. *Mr. Solicitor General Beck* for respondent.

---

No. 1034. JACQUES ROUSSO *v.* FIRST NATIONAL BANK IN DETROIT ET AL. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Joshua R. H. Potts* for petitioner. No appearance for respondents.

---

No. 1038. G. S. SWANSON ET AL. *v.* JACK SARJA. June 4, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. George Francis Williams, Mr. Henry C. Clark, Mr. G. S. Swanson* and *Mr. H. A. Swanson* for petitioners. No appearance for respondent.